The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABRAHAM MEYER,

          Plaintiff,

v.

CITY OF CHEHALIS,

          Defendant.

CASE NO. 3:22-cv-05008-DGE

**ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S JOINT REQUEST FOR AN EXTENSION OF THE DEADLINE FOR PLAINTIFF TO SUBMIT TO CR 35 EXAM (DKT. NO. 34)**

This matter came before the Court on the parties' joint request for an extension of the deadline for plaintiff to submit to CR 35 exam. (Dkt. No. 34)

The Court, having reviewed the pleadings and evidence presented and on file in this motion, including:

1. Plaintiff's and defendant's joint motion for extension to deadline for plaintiff to submit to CR 35 exam.

Based on the pleadings submitted in connection herewith, **IT IS HEREBY ORDERED** that:

1. Plaintiff's and defendant's joint motion for extension to deadline for plaintiff to submit to CR 35 exam is **GRANTED.**  The parties shall complete the CR 35 exam by August 3, 2023.

1
2  Dated this 21st day of July, 2023.
3
4
5
6
   David G. Estudillo
7  United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26