The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ABRAHAM MEYER, an individual,<br><br>     Plaintiff,<br><br>  v.<br><br>CITY OF CHEHALIS, a Washington municipality,<br><br>     Defendant. | CASE NO.  3:22-cv-05008-DGE<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON CALENDAR: March 19, 2024 |

## **STIPULATION**

1. Plaintiff Abraham Meyer and Defendant City of Chehalis, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of the above-entitled action with prejudice and without fees or costs to any party.

2. The parties have reached an agreement that disposes of all of the issues that were addressed in the above-captioned matter.

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax:   (206) 676-7001

1  //

2  DATED this 19th day of March 2024

3

4  SUMMIT LAW GROUP, PLLC  　　　　　LAW OFFICES OF PATRICIA S. ROSE
   *Attorneys for Defendant City of Chehalis*　*Attorney for Plaintiff Abraham Meyer*

5

6

7  By *s/* Michael C. Bolasina_____　　By: s/  Patricia S. Rose_____
   　Shannon E. Phillips, WSBA #25631　　　Patricia S. Rose, WSBA #19046
   　Michael C. Bolasina, WSBA #19324　　　1455 NW Leary Wy Suite 400
8  　315 5th Ave S., Suite 1000　　　　　　　Seattle, WA 98107
   　Seattle, WA 98104　　　　　　　　　　　*patty@pattyroselaw.com*
9  　*shannonp@summitlaw.com*
   　*mikeb@summitlaw.com*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH　　　　SUMMIT LAW GROUP, PLLC
PREJUDICE - 2　　　　　　　　　　　　　　　　　　315 FIFTH AVENUE SOUTH, SUITE 1000
　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WASHINGTON 98104-2682
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 676-7000
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　(206) 676-7001

## **ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that all claims in this case are hereby dismissed with prejudice and without fees or costs to any party.

DATED this 20th day of March, 2024.

_____
David G. Estudillo
United States District Judge

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/*  Michael C. Bolasina_____
    Shannon E. Phillips, WSBA #25631
    Michael C. Bolasina, WSBA #19324
    *shannonp@summitlaw.com*
    *mikeb@summitlaw.com*

LAW OFFICES OF PATRICIA S. ROSE

By s/   Patricia S. Rose_____
    Patricia S. Rose, WSBA #19046
    *patty@pattyroselaw.com*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax:   (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the foregoing Stipulation and Order of Dismissal via ECF on:

>Patricia S. Rose
>Law Offices of Patricia S. Rose
>1455 NW Leary Way, Suite 400
>Seattle, WA 98107
>Telephone: (206) 622-8964
>Email: patty@pattyroselaw.com

DATED this 19th day of March, 2024.

By: *s/ Nani Vo*
Nani Vo, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 4

S<small>UMMIT</small> L<small>AW</small> G<small>ROUP</small>, PLLC
315 F<small>IFTH</small> A<small>VENUE</small> S<small>OUTH</small>, S<small>UITE</small> 1000
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98104-2682
Telephone: (206) 676-7000
Fax:  (206) 676-7001